IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:04CR3138 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **O R D E R** |
| | ) | |
| ROBERT L. LEVERING, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Motion to Review Detention, filing 50. This Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from the custody of the United States Marshal for transportation by the Federal Defender's Office directly to Cornhusker Place, upon notification by the Federal Defender's Office that a bed is available. Mr. Levering is ordered to immediately report to the United States Probation Office upon his successful or unsuccessful discharge from Cornhusker Place.

All other conditions of Mr. Levering's supervised release, not inconsistent with this Order, shall remain in effect.

Dated this 1st day of April, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge